IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD JEROME HOLIDAY, | ) |
| | ) |
|     Petitioner, | ) |
| v. | ) CASE NO. 2:12-cv-0529-TMH |
| | )          WO |
| GARY HETZEL, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #6) to the Recommendation of the Magistrate Judge filed on August 2, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on July 18, 2012 is adopted;

3. The present action, considered a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, filed by petitioner is DISMISSED without prejudice to afford him an opportunity to exhaust all available administrative remedies.

DONE this the 31st day of August, 2012.

                                                    /s/ Truman M. Hobbs
                                          TRUMAN M. HOBBS
                                          SENIOR UNITED STATES DISTRICT JUDGE